STATE v. WILSON

No. 605A02

Case below: 154 N.C. App. 127

Petition by Attorney General for writ of supersedeas allowed 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 and Appellate Rule 16(b) as to issues in addition to those presented as the basis for the dissenting opinion in the Court of Appeals denied 27 February 2003.

STATE v. WILSON

No. 30P03

Case below: 155 N.C. App. 89

Motion by the Attorney General to dismiss the appeal by defendant (Wilson) for lack of substantial constitutional question allowed 27 February 2003. Petition by defendant (Wilson) for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003. Petition by Attorney General for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. WILSON

No. 56P03

Case below: 155 N.C. App. 223

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.

STATE v. WORLEY

No. 492P02

Case below: 152 N.C. App. 719

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 February 2003.